UNITED STATES of America,
Plaintiff–Appellee,

v.

Norvell Webster CRUMP,
Defendant–Appellant.

No. 02–7694.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 4, 2003.

Decided March 12, 2003.

Norvell Webster Crump, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINS, Chief Judge, and TRAXLER and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Norvell Webster Crump appeals the district court's order denying his motion for a reduction to his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Crump,* Nos. CR–94–101; CA–01–969 (S.D.W.Va. Oct. 21, 2002). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*